

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR REHEARING

Appellate case name:      Refugio Ricon Hernandez v. The State of Texas

Appellate case number:    01-15-00837-CR

Trial court case number:  1386385

Trial court:              263rd District Court, Harris County, Texas

Date motion filed:        April 20, 2017

     The motion for rehearing is **DENIED.**

Judge's signature: /s/ Michael Massengale
                       Justice Michael Massengale, acting for the panel

Panel consists of Justices Massengale, Brown, and Huddle

Date: May 25, 2017